# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

3:14mc 45

No. 14-10498



In re: WILLIAM M. WINDSOR,

    Petitioner

Petition for a Writ of Mandamus to the
Northern District of Texas, Dallas

Before HIGGINBOTHAM, DENNIS and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
            Deputy
New Orleans, Louisiana  4/25/14

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 25, 2014

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242



No. 14-10498   In re: William Windsor  
                  USDC No. 3:14-MC-45

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Melissa Mattingly  
Melissa V. Mattingly, Deputy Clerk  
504-310-7719

cc w/encl:  
    Honorable Jorge A. Solis  
    Mr. William M. Windsor