ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 30 2014
CLERK, U.S. DISTRICT COURT
By_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: §
William M. Windsor Lawsuit § 3:14-MC-45-P

## MOTION TO STRIKE AND MOTION FOR SANCTIONS

Comes Now, William M. Windsor ("Windsor") and files this MOTION TO STRIKE AND MOTION FOR SANCTIONS. Windsor shows the Court as follows:

1. A motion and responses have been filed by non-party Sean D. Fleming, and Windsor feels obligated to file this MOTION TO STRIKE AND MOTION FOR SANCTIONS.

2. Sean D. Fleming would like this Court to deny Windsor's rights to pursue litigation in the 40th Judicial District Court in Ellis County Texas. Fleming has no standing to file motions, and they must be stricken.

3. Windsor emailed the attorney for Sean D. Fleming giving her the opportunity to withdraw these filings, and there has been no response. Windsor informed her that he would seek sanctions under Rule 11. When 30 days has elapsed, Windsor will file that motion with this Court, though he asks this Court to sanction Fleming's attorney under the Court's inherent powers.

1

4. This Court does not have subject matter jurisdiction over Windsor's filing of a lawsuit in Ellis County court.

WHEREFORE, Windsor respectfully requests an order that:

a. all documents filed by Sean D. Fleming are stricken;
b. this Court sanction Fleming and his attorney for filing the frivolous motion and responses.

Submitted this 24th day of July, 2014,

*[signature]*

**William M. Windsor**
PO Box 150325, Dallas, Texas 75315
Email: bill@billwindsor.com, Phone: 770-578-1094

## VERIFICATION

Personally appeared before me, the undersigned Notary Public duly authorized to administer oaths, William M. Windsor, who after being duly sworn deposes and states that he is authorized to make this verification on behalf of himself and that the facts alleged in the foregoing are true and correct based upon his personal knowledge, except as to the matters herein stated to be alleged on information and belief, and that as to those matters he believes them to be true.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

This 24th day of July, 2014.

_____
William M. Windsor

Sworn and subscribed before me this 24th day of July, 2014.

_____
Notary Public

[Notary Seal: CHELSEA M HERRICK, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 04/24/2018]

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document is proportionately spaced, using Times Roman typeface, 14 point.

Submitted this 24th day of July, 2014,

*[signature]*

William M. Windsor
PO Box 150325 * Dallas, TX 75315
Email: bill@billwindsor.com
Phone: 770-578-1094

# William M. Windsor



PO Box 150325 * Dallas, Texas 75315 * Cell: 770-578-1094 * nobodies@att.net

July 28, 2014

Clerk of the Court
1100 Commerce Street, Room 1452
Dallas, Texas 75242

Dear Clerk:

Enclosed for filing is a MOTION TO STRIKE AND MOTION FOR SANCTIONS and a MOTION TO DECLARE LACK OF SUBJECT MATTER JURISDICTION.

I also enclose courtesy copies for Judge Solis.

Thank you.

Sincerely,

*[signature]*

William M. Windsor



Clerk of Court
US District Court
100 Commerce St
Room 1452
Dallas, TX 75242



RECEIVED
JUL 30 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

William M. Windsor
PO Box 150325
Dallas, Texas 75315